# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                           NO. 4:13CR00291-001  SWW

JOSE MARTINEZ-GONZALEZ                                            DEFENDANT

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Judgment and Commitment (doc #20) as to the above-named defendant should be amended to reflect the following correction:

1)   USM Number: 28006-009.

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 13th day of February 2014.

/s/Susan Webber Wright

United States District Judge